IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA,

```
DAVID L. KNUDSON,              )
                               )
          Plaintiff,           )         8:16CV112
                               )
     v.                        )
                               )
CAROLYN W. COLVIN, Acting      )         ORDER
Commissioner of Social         )
Security Administration,       )
                               )
          Defendant.           )
_____)
```

      This matter is before the Court on plaintiff's motion to extend (titled "complaint") (Filing No. 12), and motion to extend (Filing No. 13).  The Court notes plaintiff has no objection, and the motion to extend will be granted.  Accordingly,

      IT IS ORDERED:

      1) The motion (titled "complaint") is denied as moot;

      2) The motion to extend is granted; plaintiff shall have until August 6, 2016, to file his brief.

      DATED this 22nd day of July, 2016.

                          BY THE COURT:

                           /s/ Lyle E. Strom
                         _____
                         LYLE E. STROM, Senior Judge
                         United States District Court