IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID L. KNUTSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV112 |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) ) ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's for an order reversing the Commissioner's decision (Filing No. 15) is denied.

2) Defendant's motion to affirm the Commissioner's decision (Filing No. 16) is granted.  The final decision of the Acting Commissioner of Social Security Administration is affirmed.  Plaintiff's complaint is dismissed.

DATED this 2nd day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court